ORIGINAL

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 JUN 22 P 4: 42

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GENERAL PUMP & WELL, Inc.<br><br>Plaintiff,<br><br>v.<br><br>LAIBE SUPPLY CORPORATION, CENTERLINE MANUFACTURING CO. and MATRIX DRILLING PRODUCTS COMPANY<br><br>Defendants. | CIVIL ACTION NO. CV 607-30 |

## ORDER

Before the Court is the Parties' Joint Motion for a Stay of Discovery. Upon review of the same, the Court accepts and grants the Parties' Joint Motion for a Stay of Discovery. Accordingly, it is hereby ordered that all discovery in the above-captioned matter is hereby stayed.

SO ORDERED, this 21st day of June, 2007.

_____
Magistrate Judge, United States District Court
Southern District of Georgia